UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6169-CIV-UNGARO-BENAGES/BROWN

STREET INFORMATION SYSTEMS,
INC.,

    Plaintiff,

vs.

CITY OF DEERFIELD BEACH,

    Defendant.

_____/

### JOINT MOTION FOR DISMISSAL

COME NOW the parties, plaintiff Street Information Systems, Inc. and defendant the City of Deerfield Beach, by and through their undersigned attorneys, and move the Court to dismiss this case with prejudice, each party to bear its own costs and attorney's fees; and as grounds therefore would show that this matter has been amicably settled by and between the parties.

Dated this 15th day of March, 2000.

GARY R. RUTLEDGE, ESQ.
Rutledge, Ecenia, Purnell & Hoffman, P.A.
Florida Bar No. 222674
P. O. Box 551
Tallahassee, FL 32302
(850) 681-6788 (Telephone)
(850) 681-6515 (Telecopier)

and



MYRON D. COHEN, ESQ.
Hunton & Williams
200 Park Avenue
New York, New York 10166
(212) 309-1000

Attorneys for plaintiff,
STREET INFORMATION SYSTEMS, INC.

Dated this _16_ day of March, 2000.

ANDREW S. MAURODIS, ESQ.
Florida Bar No. 259551
City Attorney, City of Deerfield Beach
150 N.E. Second Avenue
Deerfield Beach, FL 33441-3598

Attorneys for defendant,
CITY OF DEERFIELD BEACH

JEllis/street.joint