UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



CASE NO. 00-6169-CIV-UNGARO-BENAGES/BROWN

STREET INFORMATION SYSTEMS,
INC.,

    Plaintiff,

vs.

CITY OF DEERFIELD BEACH,

    Defendant.

_____/

## DISMISSAL WITH PREJUDICE

This cause having come on to be heard this ____ day of March, 2000, on the parties' Joint Motion for Dismissal based upon settlement of the case, and the Court having been duly advised thereof,

**IT IS ORDERED** that this action is hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

**DONE AND ORDERED** at Miami, Florida this _17_ day of March, 2000.

                                                   _/s/ Ursula Ungaro-Benages_
                                                 U. S. DISTRICT JUDGE

cc: Gary R. Rutledge, Esq.
     Andrew S. Maurodis, Esq.

Jellis/street.dis

