UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6169-CIV-UNGARO-BENAGES

STREET INFORMATION SYS., INC.,

    Plaintiff,

vs.

CITY OF DEERFIELD BEACH,
    Defendant.
_____/

FILED by _____ D.C.

MAR 2 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court upon *sua sponte* review of the file.

It is hereby ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes. It is further

ORDERED AND ADJUDGED that all pending motions in this case are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of March, 2000.

                      URSULA UNGARO-BENAGES
                      UNITED STATES DISTRICT JUDGE